```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 19-01315-RNO
Gary S Sampson                                                          Chapter 7
Susan Elizabeth Sampson
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman              Page 1 of 2              Date Rcvd: Apr 01, 2019
                              Form ID: 309A                Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db/jdb         +Gary S Sampson,    Susan Elizabeth Sampson,    5190 Hilltop Circle,
                 East Stroudsburg, PA 18301-9371
tr             +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                 Honesdale, PA 18431-1925
5179721        +Amex/Bankruptcy,    Po Box 8218,   Mason, OH 45040-8218
5179720        +Amex/Bankruptcy,    Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
5179723        +Apex Asset Management,    2501 Oregon Pike,    Lancaster, PA 17601-4890
5179722        +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
5179725        +Blue Mountain Lake Club,    c/o Preferred Management,    PO Box 687,    Moscow, PA 18444-0687
5179728        +CIT Bank,    Po Box 7056,   Pasadena, CA 91109-7056
5179729        +Cit Bank NA/Loancare,    75 North Fair Oaks Ave,    Pasadena, CA 91103-3647
5179730         Credit & Finance Inc.,    PO Box 13386,   Roanoke, VA 24033-3386
5179733        +George R. Hludzik, Esq.,    1620 North Church Street Suite 1,    Hazleton, PA 18202-9509
5179734        +Honorable Anthony J. Kilker,    33 South Main Street,    Shenandoah, PA 17976-2332
5179741       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: Manufacturers and Traders Trust Co,     475 Crosspoint Parkway,
                  Getzville, NY 14068)
5179748        +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
5179742         Michael J. Dougherty, Esq.,    Weltman Weinberg & Reis Co LPA,
                 170 S. Independence Mall W STE 874W,    Philadelphia, PA 19106-3334
5179745        +Monroe County Courthouse,    Attn: Prothonotary,    610 Monroe Street,
                 Stroudsburg, PA 18360-2271
5179746        +Monroe County Sheriff's Office,    610 Monroe Street,    Stroudsburg, PA 18360-2276
5179747        +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5179749        +Municipal Authority of Shenandoah,    c/o Portnoff Law Assoc,    PO Box 391,
                 Norristown, PA 19404-0391
5179750         One West Bank FSB,    c/o NTC 2100 Alt 19 North,    Palm Harbor, FL 34683
5179751        +Peter E. Melzer, Esq.,    Weber Gallagher Simpson,    2000 Market St. 13th Floor,
                 Philadelphia, PA 19103-3297
5179754         Pressler Felt & Warshaw LLP,    7 Entin Road,   Parsippany, NJ 07054-5020
5179757        +The Blue Mountain Lake Club,    121 Pocahontas Road Suite 3,    East Stroudsburg, PA 18301-8129
5179758        +Todd W. Weitzman, Esq.,    700 Monroe Street,    Stroudsburg, PA 18360-2131
5179759        +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Ste. 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kdiddio@diddiolaw.com Apr 01 2019 19:30:23     Kim M Diddio,   17 N. 6th Street,
                 Stroudsburg, PA  18360
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 01 2019 19:31:04     United States Trustee,
                 228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
5179718        +E-mail/Text: seinhorn@ars-llc.biz Apr 01 2019 19:31:31     Ability Recovery Service,
                 Attn: Bankruptcy,   Po Box 4262,   Scranton, PA 18505-6262
5179719        +E-mail/Text: seinhorn@ars-llc.biz Apr 01 2019 19:31:32     Ability Recovery Service,
                 Po Box 4031,   Wyoming, PA 18644-0031
5179724         E-mail/Text: bankruptcy@bbandt.com Apr 01 2019 19:30:46     BB&T,   Attn: Scott Sanderson,
                 PO Box 1489,   Lumberton, NC 28359
5179726        +EDI: CHASE.COM Apr 01 2019 23:23:00      Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
5179727        +EDI: CHASE.COM Apr 01 2019 23:23:00      Chase Card Services,    P.o. Box 15298,
                 Wilmington, DE 19850-5298
5179731         EDI: DISCOVER.COM Apr 01 2019 23:23:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
5179732         EDI: DISCOVER.COM Apr 01 2019 23:23:00      Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850
5179736         EDI: HY11.COM Apr 01 2019 23:23:00     Hyundai Motor Finance,    10550 Talbert Av,
                 Fountain Valley, CA 92708
5179735        +EDI: HY11.COM Apr 01 2019 23:23:00     Hyundai Motor Finance,    Attn: Bankruptcy,
                 Po Box 20809,   Fountain Valley, CA 92728-0809
5179737         +EDI: CBSKOHLS.COM Apr 01 2019 23:23:00     Kohls/Capital One,    Kohls Credit,   Po Box 3120,
                 Milwaukee, WI 53201-3120
5179737         +E-mail/Text: bncnotices@becket-lee.com Apr 01 2019 19:30:40     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
5179738         +EDI: CBSKOHLS.COM Apr 01 2019 23:23:00     Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
5179738         +E-mail/Text: bncnotices@becket-lee.com Apr 01 2019 19:30:40     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
5179740         +E-mail/Text: bklcard@lendup.com Apr 01 2019 19:31:30     Lendup Card Services I,   225 Bush St,
                 San Francisco, CA 94104-4215
5179739         +E-mail/Text: bklcard@lendup.com Apr 01 2019 19:31:30     Lendup Card Services I,
                 Attn: Bankruptcy, LendUp,   237 Kearny St #197,   San Francisco, CA 94108-4502
5179744         +EDI: MID8.COM Apr 01 2019 23:23:00     Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5179743        +EDI: MID8.COM Apr 01 2019 23:23:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
5179753         EDI: PRA.COM Apr 01 2019 23:23:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
5179752        +EDI: PRA.COM Apr 01 2019 23:23:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
5179755        +E-mail/Text: bkteam@selenefinance.com Apr 01 2019 19:30:41      Selene Finance,    Po Box 422039,
                 Houston, TX 77242-4239
5179756        +E-mail/Text: bkteam@selenefinance.com Apr 01 2019 19:30:41      Selene Finance,    9990 Richmond,
                 Houston, TX 77042-4559
5179760        +EDI: VERIZONCOMB.COM Apr 01 2019 23:23:00      Verizon,    Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
5179761        +EDI: VERIZONCOMB.COM Apr 01 2019 23:23:00      Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
5179762        +E-mail/Text: vci.bkcy@vwcredit.com Apr 01 2019 19:31:13      Volkswagen Credit, Inc,
                 Attn: Bankruptcy,    Po Box 3,    Hillboro, OR 97123-0003
5179763        +E-mail/Text: vci.bkcy@vwcredit.com Apr 01 2019 19:31:13      Volkswagen Credit, Inc,
                 2333 Waukegan Rd,    Deerfield, IL 60015-5508
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
          John J Martin    (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          Kim M Diddio     on behalf of Debtor 1 Gary S Sampson kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          Kim M Diddio     on behalf of Debtor 2 Susan Elizabeth Sampson kdiddio@diddiolaw.com,
           kdiddio@gmail.com;r52326@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Gary S Sampson** | Social Security number or ITIN | xxx–xx–7007 |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan Elizabeth Sampson** | Social Security number or ITIN | xxx–xx–1578 |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed for chapter 7 | 3/31/19 |
| Case number: | 5:19–bk–01315–RNO | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary S Sampson | Susan Elizabeth Sampson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5190 Hilltop Circle<br>East Stroudsburg, PA 18301 | 5190 Hilltop Circle<br>East Stroudsburg, PA 18301 |
| 4. | **Debtor's attorney**<br>Name and address | Kim M Diddio<br>17 N. 6th Street<br>Stroudsburg, PA 18360 | Contact phone 570 801–1336<br>Email: kdiddio@diddiolaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 4/1/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 1, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | Location:<br><br>**Council Chambers, 2nd Floor, Borough Municipal Building, 700 Sarah Street, Stroudsburg, PA 18360** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 6/30/19 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 5:19-bk-01315-RNO    Doc 10    Filed 04/03/19    Entered 04/04/19 00:57:49    Desc Imaged Certificate of Notice    Page 4 of 4