Certificate Number: 03088-PAM-DE-032752607

Bankruptcy Case Number: 19-01315


03088-PAM-DE-032752607

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 1, 2019</u>, at <u>11:48</u> o'clock <u>AM CDT</u>, <u>Susan E Sampson</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>May 1, 2019</u>              By:   <u>/s/David Nungesser</u>

                                      Name: <u>David Nungesser</u>

                                      Title: <u>Counselor</u>