```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 19-01315-RNO
Gary S Sampson                                                  Chapter 7
Susan Elizabeth Sampson
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: REshelman         Page 1 of 1              Date Rcvd: Jul 24, 2019
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
5179742        Michael J. Dougherty, Esq.,    Weltman Weinberg & Reis Co LPA,
               170 S. Independence Mall W STE 874W,    Philadelphia, PA 19106-3334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
              John J Martin   (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Kim M Diddio    on behalf of Debtor 1 Gary S Sampson kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 2 Susan Elizabeth Sampson kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Thomas   Song    on behalf of Creditor    CIT BANK, N.A pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Gary S. Sampson, and | : | |
| Susan Elizabeth Sampson | : | Chapter 7 |
|   Debtors, | : | |
| | : | |
| Gary S. Sampson, and | : | |
| Susan Elizabeth Sampson | : | Case No. 5:19-BK-01315(RNO) |
|   Moving Party, | : | |
| | : | Motion to Avoid Lien |
|   vs. | : | |
| | : | |
| Manufacturers And Traders Trust Co. | : | |
|   Respondent. | : | |

## ORDER GRANTING MOTION TO
## AVOID LIEN OF MANUFACTURERS AND TRADERS TRUST CO.

Upon consideration of Debtors' Motion to Avoid Lien of Manufacturers and Traders Trust Co., it is hereby ORDERED that the Judicial Lien docketed at 02825 cv 2015 with the Prothonotary of the Court of Common Pleas of Monroe County Pennsylvania, is hereby AVOIDED. It is hereby ORDERED that said judgement be marked "avoided" or "satisfied."

Dated: July 23, 2019      By the Court,

                  _Robert N. Opel II_ (signature)
                  Robert N. Opel, II, Chief Bankruptcy Judge (BI)